# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**WILLIAM TONEY**                                                                            **PLAINTIFF**

**V.**                     **NO: 3:17-CV-00219 JM/PSH**

**HANNAH HOGAN NORWOOD,** *et al.*                                   **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Toney's complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

DATED this 23rd day of October, 2017.

                                                                                       UNITED STATES DISTRICT JUDGE