**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**WILLIAM TONEY**                                                                              **PLAINTIFF**

**V.**                                            **NO: 3:17-CV-00219 JM/PSH**

**HANNAH HOGAN NORWOOD,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 23rd day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE